Mark Ahlemeyer, OSB No. 095997
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Email: mark_ahlemeyer@fd.org

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>HAWAZEN SAMEER MOTHAFAR,<br><br>                    Defendant. | Case No. 3:20-cr-00506-HZ-1<br><br><br>UNOPPOSED MOTION FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS |

Hawazen Sameer Mothafar, through his attorney, Mark Ahlemeyer, respectfully moves the Court for a modification of his pretrial release conditions.  Specifically, Mr. Mothafar requests that he be permitted to travel outside the District of Oregon from May 26, 2025, through May 29, 2025, to appear in Chicago. He further requests the Court order Pretrial Services to return his passport to him as early as May 22, 2025, and that he be permitted to maintain that passport until May 30, 2025, when he will return it to Pretrial Services. All travel arrangements have been made and approved by the government. Neither the government nor Pretrial Services object to these requests.

Dated: May 21, 2025.

*/s/ Mark Ahlemeyer*
Mark Ahlemeyer
Assistant Federal Public Defender

PAGE 1.   UNOPPOSED MOTION FOR MODIFICATION OF PRETRIAL RELEASE
          CONDITIONS