UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:20-cr-00506-HZ-1 |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS |
| HAWAZEN SAMEER MOTHAFAR, | |
| Defendant. | |

This matter having come before the Court on motion of the defendant, and for good cause showing, it is hereby

ORDERED that the pretrial release conditions of the defendant, Hawazen Sameer Mothafar, are modified to allow defendant to travel outside the District of Oregon from May 26, 2025, through May 29, 2025. Further, Pretrial Services shall release the defendant's passport to him on May 22, 2025, and the defendant shall return that passport to Pretrial Services by May 30, 2025.

DATED this __23__ day of May, 2025.

_____
The Honorable Marco A. Hernandez
United States District Court Judge

SUBMITTED BY:

_____
Mark Ahlemeyer
Assistant Federal Public Defender

ORDER GRANTING UNOPPOSED MOTION FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS