

**UNITED STATES DISTRICT COURT**
District of Oregon

# NOTICE OF JUDICIAL REASSIGNMENT

Date of Reassignment:                                          September 2, 2025

Case Number:                                          3:20−cr−00506−AB

Case Title:                                          U.S.A. v. Hawazen Sameer Mothafar

**(A)    Case Reassignment:**  In accordance with the Court's Case Management Plan, the above−captioned case has been reassigned from the Honorable Marco A Hernandez to the Honorable Amy M. Baggio, United States District Judge. Information on this case may be obtained from the following:

    Case Status or Scheduling Information:        Telephone:  503−326−8051
                                              Email:  baggio_crd@ord.uscourts.gov

    Filing or Docket Entry Information:        Telephone: 503−326−8050

**(B)    Place of Filing:**  Unless electronically filed, an original and copy of all documents will be filed with the Clerk's Office, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR, 97204.

**(C)    Change to the Case Number:**  Effective immediately, Judge Baggio's initials (AB) will replace the previous judge's initials in this case.

                                                            **MELISSA AUBIN**
                                                            **Clerk of Court**

cc:    Judge Baggio
        Counsel of Record